ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE SUZANNE BROOKS,          )<br>                             )<br>      Plaintiff,       )<br>                             )<br>      vs.          )<br>                             )<br>Commissioner of Social Security,  )<br>                             )<br>      Defendant.    )<br>                             )<br>_____ ) | Case No.: 2:25-cv-02671-DMC<br><br>STIPULATION AND ORDER FOR AN<br>EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended sixty (60) days from January 19, 2026, up to and including March 23, 2026.  This is Defendant's first request for an extension.

Defendant requests this extension to further consider the administrative record given the issues raised in Plaintiff's motion.  The undersigned has several competing deadlines in pending cases.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 14, 2026              /s/ *Francesco Benavides**
                                     (*as authorized via e-mail on January 14, 2026)
                                     FRANCESCO BENAVIDES
                                     Attorney for Plaintiff

Dated: January 14, 2026              ERIC GRANT
                                     United States Attorney
                                     MATHEW W. PILE
                                     Head of Program Litigation 1
                                     Social Security Administration

                          By:        /s/ *Erin Jurrens*
                                     ERIN JURRENS
                                     Special Assistant U.S. Attorney

                                     Attorneys for Defendant

### ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including March 23, 2026, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  January 14, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Stip. for Ext.; 2:25-cv-02671-DMC                2